# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2228
LT Case No. 05-2023-DP-1098

———————————————

L.H., Mother of A.K.A.S.,
K.T.S.S. and H.L.M.D.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Kelly J. McKibben, Judge.

Samuel T. Lea, of Law Office of Samuel T. Lea, LLC, Orlando, for
Appellant.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, for Guardian ad Litem o/b/o
A.K.A.S., K.T.S.S. and H.L.M.D.


December 4, 2025


PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____